UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| PRINCESS VERONICA DAVIS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV413-220 |
| UNITED STATES GOVERNMENT; NATIONAL LABOR RELATIONS BOARD; TRACEY TATUM, *Director*; RICKY BROWN, *V.P. Union Local 1996*; and CHERYL SEABERRY, *Supervisor/Union Rep*, | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

Plaintiff has filed a notice of voluntary dismissal. (Doc. 3.) Rule 41(a)(1) states that a "plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Plaintiff's complaint has not yet been answered. Consequently, this case should be **DISMISSED WITHOUT PREJUDICE**.

**SO REPORTED AND RECOMMENDED** this  4th  day of November, 2013.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA