IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

PRINCESS VERONICA DAVIS,

    Plaintiff,

v.

UNITED STATES GOVERNMENT;
NATIONAL LABOR RELATIONS BOARD;
TRACY TATUM, Director; RICKY
BROWN, V.P. Union Local 1996;
and CHERYL SEABERRY,
Supervisor/Union Representative;

    Defendants.

CASE NO. CV413-220

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which no objections have been filed. After a careful de novo review of the record in this case, the Court concurs with the report and recommendation. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 10th day of December 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA